## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| JORGE CALDERON ORTIZ, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO.: 2:23-CV-444-JEM |
| ) | |
| UR JADDOU, *et al.*, ) | |
|     Defendants. ) | |

### ORDER

This matter is before the Court on a Notice of Voluntary Dismissal [DE 12], filed by Plaintiff on February 13, 2024.

A plaintiff may voluntarily dismiss an action without a court order by filing a notice of dismissal before the defendants serves an answer or motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff has done so in this case, and the Court accordingly **ACKNOWLEDGES** that all claims are **DISMISSED with prejudice**.

SO ORDERED this 14th day of February, 2024.

                                            s/ John E. Martin
                                            MAGISTRATE JUDGE JOHN E. MARTIN
                                            UNITED STATES DISTRICT COURT

cc:    All counsel of record